

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 4, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:** 25-43702-ELM-11 |
| **Sky Rock Trucking LLC**<br>47-2265432<br>8007 Edmonton Dr.<br>Sachse, TX 75048<br><br>**Debtor.** | **Chapter:** 11 |

**ORDER SETTING PLAN RELATED DEADLINES AND HEARING ON CONFIRMATION
[SMALL BUSINESS DEBTOR – SUBCHAPTER V]**

**Sky Rock Trucking LLC**, Debtor and Debtor in possession in the above-styled and numbered case ("**Debtor**"), having filed *Debtor's Plan of Reorganization [Dated December 29, 2025]* on December 29, 2025 ("**Plan**") pursuant to 11 U.S.C. §§ 1181-1195 (Subchapter V – Small Business Debtor Reorganization), the Court finds cause for the entry of this Order. It is hereby **ORDERED** as follows:

1. No later than **February 11, 2026**, the Debtor shall serve a copy of this Order, the Plan, and a ballot conforming to Official Form 14 to all creditors, equity security holders, and

other parties in interest, and the United States Trustee as provided in Federal Rule of Bankruptcy

Procedure 3017(d).

2. **March 11, 2026**, is fixed as the last day for filing written acceptances or rejections

of the Debtor's proposed Chapter 11 plan which must be received by 5:00 p.m. on that date at

the following location:

**Robert T. DeMarco**
**DeMarco Mitchell, PLLC**
**12770 Coit Road, Suite 805**
**Dallas, TX 75251**

No acceptances or rejections received after the stated deadline shall be counted or otherwise

included in the tabluation of acceptances and rejections of the Debtor's proposed Chapter 11

plan without further Court order.

3. **March 11, 2026**, is fixed as the last day for filing and serving written objections to

confirmation of the Debtor's proposed Chapter 11 plan pursuant to Federal Rule of Bankruptcy

Procedure 3020(b)(1) and all comments or objections not timely filed and served by such

deadline shall be deemed waived.

4. The hearing to consider the confirmation of the Plan is fixed and shall be held on

**March 18, 2026, at 1:30 p.m.** and shall be conducted in a hybrid format allowing for live

appearance in the courtroom or via WEBEX Video Conference.

5. The location of the Hearing for live appearances is as follows:

Courtroom of the Honorable Edward L. Morris
United States Bankruptcy Judge
501 W. 10th St.
Fort Worth, TX 76102-3643

The participation and/or attendance link for WEBEX is as follows:

For WebEx Video Participation/Attendance:
https://us-courts.webex.com/meet/morris
Meeting Number:  2309-445-3213

For WebEx Telephonic Only Participation/Attendance:
Dial-In: 1-650-479-3207
Access Code: 2309-445-3213

The Webex hearing instructions may be obtained from Judge Morris' hearing/calendar site:   https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0

which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing.

**6.      In relation to each class of impaired claims that is entitled to vote on the Plan (and is not a class that is deemed to have accepted or rejected the Plan), should none of the holders of claims within such class: (a) cast a vote to accept or reject the Plan; or (b) file an objection to the confirmation of the Plan, by <u>March 11, 2026</u>, then such class shall be disregarded by the Court in determining whether the requirements of 11 U.S.C. § 1129(a)(8) (as made applicable to this case by 11 U.S.C. § 1191(a)).**

**### END OF ORDER ###**

**ORDER SUBMITTED BY:**

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791
**Counsel for Debtor and Debtor-in-Possession**