Patrick M. Lynch, Esq.
State Bar Number 24065655
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)
Email: plynch@qslwm.com

Attorneys for Ally Bank

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Sky Rock Trucking Llc, | § | Case No. 25-43702-ELM |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ALLY BANK'S OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, Ally Bank ("Ally" or "Creditor"), a secured creditor with respect to the above-entitled and numbered proceeding, and files this its Objection to Debtor's Chapter 11 Plan ("Plan") filed by Sky Rock Trucking LLC ("Debtor"), and in support thereof would show the Court the following:

## BACKGROUND

1.    On September 29, 2025 Debtor filed a voluntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code.

2.    On December 29, 2025 Debtor filed its Debtor's Plan of Reorganization [Doc 34] ("Plan").

3.    Ally holds security interest in the Debtors vehicles identified as a 2022 Utility 53' Reefer, VIN:  3UTVS2535N8445109 ("Vehicle 1") and 2022 Freightliner Cascadia, VIN:

3AKJHHDR7NSMZ4655 ("Vehicle 2").

4.      The balance owed under the respective contracts at the time of Debtor's filing of its bankruptcy petition was $37,828.23 for Vehicle 1 and $80,323.33 for Vehicle 2.

5.      The Plan's proposed treatment for the claim secured by Vehicle 1 is for surrender of Vehicle 1 in full satisfaction of Ally's claim. Ally objects to this treatment as the sale of Vehicle 1 may result in a deficiency balance, which should be paid as a general unsecured claim through Debtor's confirmed plan, if any. To the extend the Plan seeks to limit Ally's ability to assert an unsecured deficiency claim, Ally objects to the Plan.

6.      The Plan's proposed value of Vehicle 2 described above is $52,000.00, an amount less than the net payoff of Debtor's obligation under the Contract in the amount of $80,323.33. Ally Bank would further show that the value of the Collateral as determined by reference to NADA using the retail value is $60,125.00.  Ally Bank objects to the valuation of the Collateral outlined in the Plan and requests that the Collateral be valued at $60,125.00.  Ally Bank objects to Debtor's proposed value of the above-described Collateral because Debtor's proposed value does not accurately reflect the fair market value of the Collateral and because such proposed value will not adequately protect Ally Bank's interest in such Collateral.

WHEREFORE, Ally Bank prays that the Debtor's Chapter 11 Plan be modified to the extent above requested or in the alternative, that the Court deny confirmation of Debtor's Plan; and for such other and further relief as it is justly entitled.

DATED February 26, 2026

Respectfully submitted,

QUILLING, SELANDER, LOWNDS, WINSLETT &
MOSER, P.C.
2200 Ross Avenue Suite 2400
Dallas, TX 75201

(214) 871-2100 (telephone)
(214) 871-2111 (telefax)


By: /s/ Patrick M. Lynch_____
Patrick M. Lynch
State Bar Number 24065655
Email: plynch@qslwm.com

ATTORNEYS FOR MOVANT, Ally Bank


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon

the parties listed below by First Class Mail, postage prepaid, or by electronic filing notification,

on February 26, 2026.

/s/Patrick M. Lynch_____
Patrick M. Lynch

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251

Frances A. Smith (SBRA V)
Ross & Smith, PC
700 N Pearl St, Suite 1610
Dallas, TX 75201

Sky Rock Trucking Llc
8007 Edmonton Dr.
Sachse, TX 75048